IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION

SOUTHERN BANCORP BANK, N.A.                                                       PLAINTIFF

v.                            No. 2:09CV00136 JLH

BAYER CROPSCIENCE LP d/b/a
BAYER CROPSCIENCE and
BAYER CROPSCIENCE HOLDING INC.
d/b/a BAYER CROPSCIENCE                                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of Bayer CropScience LP d/b/a Bayer CropScience and Bayer CropScience Holding Inc. d/b/a Bayer CropScience on the claims of Southern Bancorp Bank, N.A. The complaint of Southern Bancorp Bank, N.A., is dismissed with prejudice.

IT IS SO ORDERED this 24th day of February, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE